IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| W.A.V.C., | * | |
| Petitioner, | * | |
| vs. | * | |
| Warden, STEWART DETENTION CENTER, | * | CASE NO. 4:26-cv-448-CDL-CHW |
| | * | |
| Respondent. | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 23, 2026 is hereby approved, adopted, and made the Order of the Court with the exception noted in footnote 1 herein. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 19th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] The Court is skeptical as to its subject matter jurisdiction here and does not adopt the Magistrate Judge's determination that jurisdiction exists. But as explained by the Magistrate, this action must be dismissed even if the Court had jurisdiction. This dismissal should not affect Petitioner's current proceeding in which he seeks a bond before an Immigration Judge.