IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WALTER A VELASQUEZ CRUZ, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-448-CDL-CHW |
| WARDEN STEWART DETENTION CENTER, | * | |
| Respondent. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 10/19/2026, having accepted the recommendation of the United States Magistrate Judge, with the exception noted in the footnote, JUDGMENT is hereby entered dismissing this action.

This 19th day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk